# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA SMITH, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> APRIA HEALTHCARE LLC, <br><br> Defendant. | Case No. 1:23-cv-01003-JPH-KMB |

## ORDER GRANTING PLAINTIFF CUYLE'S MOTION TO INTERVENE TO RESPOND TO MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

This cause comes before the Court upon Plaintiff Cuyle's motion to intervene in this action to respond to Plaintiff Lisa Smith's Motion for Appointment of Interim Class Counsel (ECF No. 13). The Court, having reviewed the motion to intervene, here by GRANTS the motion and it is hereby ORDERED that Plaintiff Cuyle may file a response to *Smith* Counsel's Motion to Appoint Class Counsel and/or separate motion to be appointed Interim Class Counsel pursuant to the briefing schedule to be set by this Court.

DATE:_____       _____
                                James Patrick Hanlon
                                United States District Judge
                                Southern District of Indiana