UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA SMITH, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-01003-JPH-KMB |
| ) | |
| APRIA HEALTHCARE LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Kellie M. Barr has entered a Report and Recommendation, dkt. 110, recommending that the Court dismiss Plaintiff Anthony Boyd's claims without prejudice. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [110]. Anthony Boyd's claims are **DISMISSED,** and the **clerk is directed to terminate** him from the docket.

**SO ORDERED.**

Date: 5/29/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel