UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA SMITH, | ) |
| ELISA STROFFOLINO, | ) |
| JOEL KAMISHER, | ) |
| DOTTIE NIKOLICH, | ) |
| SABRINA MUNOZ, | ) |
| HILARY FRENCH, | ) |
| AMY CLARK, | ) |
| REGINALD REESE, | ) |
| SONYA ALBERT, | ) |
| COLLEEN RICKARD, | ) |
| KRISTINA ACCARDO, | ) |
| ROGER WINSTANLEY, | ) |
| BONNIE BENNETT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No. 1:23-cv-01003-JPH-KMB |
| | ) |
| APRIA HEALTHCARE LLC, | ) |
| | ) |
| Defendant. | ) |

## MINUTE ENTRY FROM STATUS CONFERENCE

The Parties, by counsel, appeared for a Telephonic Status Conference on July 8, 2024, with Magistrate Judge Kellie M. Barr. Counsel discussed discovery progress and case status. The Court and counsel also discussed the ideal timing of a settlement conference, which will be set by separate order.

This matter is set for a Telephonic Status Conference on **September 18, 2024 at 1:00 p.m. (Eastern),** with Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**SO ORDERED.**

Date: 7/8/2024

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Electronic distribution to registered counsel of record via Court's CM/ECF system