UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA SMITH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-01003-JPH-KMB |
| ) | |
| APRIA HEALTHCARE LLC, ) | |
| ) | |
| Defendant. ) | |

### ENTRY FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a Telephonic Status Conference on September 18, 2024, with Magistrate Judge Kellie M. Barr. The Court and counsel discussed discovery progress, case status, and the upcoming Settlement Conference in this case scheduled for October 22, 2024. [Dkt. 114.] Counsel for Defendant orally requested leave to have one client representative appear in person and one client representative available by telephone as needed at the Settlement Conference. That request was **GRANTED** without objection by Plaintiffs.

Counsel jointly orally moved for a brief stay of the case management plan deadlines as they prepare for and focus on the upcoming Settlement Conference, which potentially may resolve the case. The Court heard their joint request and asked that they promptly file a joint motion briefly setting forth the basis for their request to be formally considered by the Court in due course.

**SO ORDERED.**

Date: 9/19/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Electronic distribution to registered counsel of record via the Court's CM/ECF system