UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| IN RE APRIA DATA BREACH LITIGATION | ) ) ) ) ) | No. 1:23-cv-01003-JPH-KMB |

### ORDER GRANTING IN PART JOINT MOTION

Pending before the Court is the Parties' Joint Motion to Stay. [Dkt. 118.] The Parties ask to stay all proceedings and deadlines in this case pending the upcoming October 22, 2024, Settlement Conference, or the Court's ruling on the pending motion to dismiss, whichever is later.

After considering the Parties' Motion and in light of the discussion on this topic at the recent Telephonic Status Conference, [dkt. 117], the Court **GRANTS IN PART** the Joint Motion, [dkt. 118], such that it agrees that the Parties shall exclusively focus on preparing for the upcoming Settlement Conference rather than engaging in discovery at this time. The Court will not, however, officially stay this litigation or vacate the current non-expert/liability discovery deadline (March 17, 2025) or dispositive motions deadline (April 18, 2025) at this time. If the case does not resolve at the upcoming Settlement Conference and the pending Motion to Dismiss has not been resolved, the Parties may renew their Motion, which will be considered in due course.

Date: 9/23/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:  Registered  Counsel of Record via CM/ECF