UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LISA SMITH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01003-JPH-KMB |
| | ) | |
| APRIA HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY FROM SETTLEMENT CONFERENCE

Plaintiffs, by counsel, and the Defendant, by authorized representatives and by counsel, appeared for a Settlement Conference on October 22, 2024, with Magistrate Judge Kellie M. Barr. The conference was held and concluded with the Parties' agreement on terms that will resolve this putative class action case in full, subject to the Court's approval. The Court now **ORDERS** as follows:

- **Within sixty (60) days**, the Parties must file a motion seeking approval of the proposed settlement and requesting the setting of a fairness hearing as required by Federal Rule of Civil Procedure 23;

- To the extent that counsel cannot agree on any material terms regarding settlement administration, after meeting and conferring in good faith but before filing disputed motions, they **must** request a status conference with the undersigned by contacting chambers at JudgeBarrChambers@insd.uscourts.gov; and

- All pending motions are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

**SO ORDERED.**

Date: 10/23/2024

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Registered counsel of record via Court's CM/ECF System