**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| *IN RE APRIA BREACH LITIGATION* | Master File No. 1:23-cv-01003-JPH-KMB |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT AND REQUEST FOR SETTING OF FAIRNESS HEARING**

Come now the Plaintiffs and Defendant Apria Healthcare, LLC ("Apria") (collectively, (the "Parties"), by counsel, and move the Court for an enlargement of time to file a motion for preliminary approval of the proposed settlement agreement in this matter and to request a fairness hearing. In support of this motion, the Parties state as follows:

1.      On October 23, 2023, Plaintiffs filed a Consolidated Class Action Complaint against Defendants.  Dkt. 52.  The claims all stem from a 2019 and 2021 Data Breach that affected the Defendants' computer systems.  *Id.*  Plaintiffs seek to represent a class of persons whose Private Information was allegedly compromised in the Data Breaches.  *Id.*

2.      On October 22, 2024, the Court conducted a Settlement Conference with Magistrate Judge Kellie M. Barr.  At the Settlement Conference, the Parties reached an agreement in principle.

3.      The Parties are in the process of preparing and finalizing the settlement agreement.

4.      In its October 23, 2024, Entry from Settlement Conference (Dkt. 122), the Court set a deadline of December 23, 2024, for the Parties to file a motion seeking approval of the proposed settlement and requesting the setting of a fairness hearing as required by FRCP 23 ("Motion for Preliminary Approval").

5.      The Parties continue to work together to finalize the settlement agreement, including proposed forms of orders and notices, but require additional time to finalize and execute

1

the final settlement agreement before presenting it to the Court for preliminary approval under FRCP 23.

6.      The Parties need a brief extension of time beyond the current deadline December 23, 2024 to file their Motion for Preliminary Approval, so that the Parties can continue to work through certain terms of the Settlement Agreement.  The Parties therefore respectfully request a 30-day extension of time to file their Motion for Preliminary Approval of the Settlement Agreement.

7.      This Motion is not made for any improper purpose, and the Parties agree they will not suffer any prejudice if the requested stay is granted.

8.      A Proposed Order is filed herewith.

WHEREFORE, the Parties respectfully request that the Court enter an Order granting the Parties an enlargement of time of thirty (30) days, up to and including January 22, 2025, to file their Motion for Preliminary Approval, and grant such other and further relief as the Court deems just and proper.

Dated: December 18, 2024

Respectfully submitted,

/s/_____*Amina A. Thomas*
Lynn A. Toops (No. 26386-49)
Amina A. Thomas (No. 34451-49)
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

*Attorneys for Plaintiffs and the Proposed Class*

/s/_____*Jessica L. Meek*
John F. McCauley
Gregory A. Neibarger
Jessica Laurin Meek
Zechariah Lee Banks
**Dentons Bingham Greenebaum LLP**
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

*Attorneys for Defendant*