# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE APRIA BREACH LITIGATION | Master File No. 1:23-cv-01003-JPH-KMB |

## ORDER

Before the Court is the Parties' *Third Joint Motion for Enlargement of Time to File Motion for Preliminary Approval of Class Settlement Agreement and Request for Setting of Fairness Hearing [Dkt. 130]*. Having considered said Motion, the Court finds the same should be **GRANTED.**

It is, therefore, ORDERED that by February 26, 2025, the Parties are ordered to file their Motion for Preliminary Approval of Class Settlement Agreement and Request for Setting of Fairness Hearing.

Date: 2/12/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution: All counsel of record via CM/ECF