# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE APRIA BREACH LITIGATION | Master File No. 1:23-cv-01003-JPH-KMB |

## FOURTH JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT AND REQUEST FOR SETTING OF FAIRNESS HEARING

Come now the Plaintiffs and Defendant Apria Healthcare, LLC ("Apria") (collectively, (the "Parties"), by counsel, and move the Court for an enlargement of time to file a motion for preliminary approval of the proposed settlement agreement in this matter and to request a fairness hearing. In support of this motion, the Parties state as follows:

1. On October 23, 2023, Plaintiffs filed a Consolidated Class Action Complaint against Defendants. Dkt. 52. The claims all stem from a 2019 and 2021 Data Breach that affected the Defendants' computer systems. *Id.* Plaintiffs seek to represent a class of persons whose Private Information was allegedly compromised in the Data Breaches. *Id.*

2. On October 22, 2024, the Court conducted a Settlement Conference with Magistrate Judge Kellie M. Barr. At the Settlement Conference, the Parties reached an agreement in principle.

3. The Parties have exchanged drafts of the Settlement Agreement and are in the process of finalizing the settlement agreement.

4. In its October 23, 2024, Entry from Settlement Conference (Dkt. 122), the Court set an initial deadline of December 23, 2024, for the Parties to file a motion seeking approval of the proposed settlement and requesting the setting of a fairness hearing as required by FRCP 23 ("Motion for Preliminary Approval").

5. The Parties have finalized the Settlement Agreement, including proposed forms of orders and notices.

6. The Parties are in the process of executing the Settlement Agreement. Namely, Plaintiffs are in the process of collecting signatures on the Settlement Agreement from all 22 named Plaintiffs on the Consolidated Complaint. Defendant is similarly in the process of obtaining its signature for the Settlement Agreement.

7. The Parties therefore require additional time to execute the final settlement agreement before presenting it to the Court for preliminary approval under FRCP 23.

8. The Parties need a brief extension of time beyond the current deadline of February 26, 2025 to file their Motion for Preliminary Approval, so that the Parties can obtain all necessary signatures to the Settlement Agreement. The Parties therefore respectfully request a 7-day extension of time to file their Motion for Preliminary Approval of the Settlement Agreement.

9. This Motion is not made for any improper purpose, and the Parties agree they will not suffer any prejudice if the requested relief is granted.

10. A Proposed Order is filed herewith.

WHEREFORE, the Parties respectfully request that the Court enter an Order granting the Parties an enlargement of time of seven days, up to and including March 5, 2025, to file their Motion for Preliminary Approval, and grant such other and further relief as the Court deems just and proper.

Dated: February 26, 2025

Respectfully submitted,

/s/ *Amina A. Thomas*            /s/ *Jessica L. Meek*

| | |
|---|---|
| Lynn A. Toops (No. 26386-49) | John F. McCauley |
| Amina A. Thomas (No. 34451-49) | Gregory A. Neibarger |
| COHEN & MALAD, LLP | Jessica Laurin Meek |
| One Indiana Square, Suite 1400 | Zechariah Lee Banks |
| Indianapolis, IN 46204 | **Dentons Bingham Greenebaum LLP** |
| Telephone: (317) 636-6481 | 2700 Market Tower |
| Facsimile: (317) 636-2593 | 10 West Market Street |
| ltoops@cohenmalad.com | Indianapolis, IN 46204 |
| athomas@cohenmalad.com | |

*Attorneys for Plaintiffs and the Proposed Class*     *Attorneys for Defendant*

3