UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE APRIA BREACH LITIGATION | Master File No. 1:23-cv-01003-JPH-KMB |

**ORDER**

Before the Court is the Parties' *Fourth Joint Motion for Enlargement of Time to File Motion for Preliminary Approval of Class Settlement Agreement and Request for Setting of Fairness Hearing [Dkt. 132]*. Having considered said Motion, the Court finds the same should be **GRANTED.**

It is, therefore, ORDERED that by March 5, 2025, the Parties are ordered to file their Motion for Preliminary Approval of Class Settlement Agreement and Request for Setting of Fairness Hearing. **If it is not filed by that date, the Court will set a status conference with the undersigned.**

SO ORDERED.

Date: 2/27/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

All counsel of record via CM/ECF