UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APRIA HEALTHCARE LLC, <br><br> Defendant. | Case No. 1:23-cv-01003-JPH-KMB |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs respectfully move the Court for an order (1) affirming its conditional class certification, for purposes of the Settlement Agreement only; (2) granting final approval to the proposed class action settlement with Defendant, the terms of which are set forth in the Settlement Agreement ("Settlement Agreement" or "SA") attached to the motion for preliminary approval as Exhibit A; (3) affirming the Court's appointment of Lisa Smith, Robert N. Herrera, Suzanne Cuyle, Leonardo DePinto, Joel Kamisher, Debbie Bobbitt, Dottie Nikolich, Sabrina Munoz, Hilary French, Elisa Stroffolino, Amy Clark, Reginald Reese, Rita May, Tammie Creek, Sonya Albert, Paul Kramer, Chad Hohenbery, Colleen Rickard, Kristinia Accardo, Roger Winstanley, and Bonnie Bennett as Settlement Class Representatives; and (4) affirming the Court's appointment of Lynn A. Toops of CohenMalad, LLP and Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman PLLC as Class Counsel.

The Court previously granted preliminary approval to the Settlement Agreement, notice was sent to Settlement Class Members, and no Class Member has objected to the Settlement Agreement or any part of it.

Plaintiffs have submitted a memorandum and declaration in support of this motion and have tendered a proposed Final Approval order. Defendant does not object to the relief requested in this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter the Final Approval Order.

Dated: October 21, 2025

/s/ *Lynn A. Toops*
Lynn A. Toops, No. 26386-49
Amina Thomas, No. 34451-49
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com
athomas@cohenmalad.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
866.252.0878
gklinger@milberg.com

*Class Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 21, 2025, the foregoing was filed electronically via the CM/ECF system, which will serve all counsel of record via electronic mail.

*/s/ Lynn A. Toops*
Lynn A. Toops
