UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA SMITH,<br>ELISA STROFFOLINO,<br>JOEL KAMISHER,<br>DOTTIE NIKOLICH,<br>SABRINA MUNOZ,<br>HILARY FRENCH,<br>AMY CLARK,<br>REGINALD REESE,<br>SONYA ALBERT,<br>COLLEEN RICKARD,<br>KRISTINA ACCARDO,<br>ROGER WINSTANLEY,<br>BONNIE BENNETT,<br><br>           Plaintiffs,<br><br>    v.<br><br>APRIA HEALTHCARE LLC,<br><br>           Defendant. | Case No. 1:23-cv-01003-JPH-KMB<br><br>CLASS ACTION<br><br>SUPPLEMENTAL DECLARATION OF FRANK BALLARD OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT<br><br><br>The Hon. James Patrick Hanlon |

I, Frank Ballard, declare as follows:

## INTRODUCTION

1.    I am a Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This supplemental declaration is being filed in connection with final approval of the Settlement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement and Release entered into the Class Action Lawsuit.

2. This supplemental declaration is being submitted pursuant to the Court's direction at the Final Approval Hearing held on November 4, 2025, in order to provide updated information to the Court regarding the Notice and Administrative Expenses for this matter.

## NOTICE AND ADMINISTRATIVE EXPENSES

3. As of November 6, 2025, Kroll has billed $982,265.60 for services and fees incurred in the administration of this matter. Kroll estimates that it will bill an additional $228,944.48 to complete the administration of this Settlement. The current estimate is subject to change depending on factors such as any Settlement administration scope change not currently under consideration. Below is a breakdown of the costs incurred by Kroll to date, which includes out-of-pocket expenses, as well as an estimated cost-to-complete, setting forth all the work that remains to be done and the anticipated costs. This estimate is based on Kroll's many years of experience administering class action settlements.

| | |
|---|---:|
| **Project Team Hours Spent on Project** | $26,831.00 |
| **Correspondence from Class Members** | $3,210.00 |
| **Case Setup/Notice Prep/Website Creation** | $10,130.00 |
| **Notice Costs (Noticing, Tracing, Remailing)** | $203,691.81 |
| **Contact Center Costs** | $40,868.30 |
| **Monthly Admin Costs** | $1,050.00 |
| **Claim Form Costs** | $16,635.30 |
| **Mail handling/Scanning Costs** | $1,687.80 |
| **Postage** | $678,161.39 |
| **Estimated Costs to Complete** | $228,944.48 |
| | |
| **Total** | $1,211,210.08 |

4. The costs associated with notice and administration of this matter, as detailed above, reflect the scope of the Settlement and size of the Settlement Class, which involved mailing Notice to 1,617,206 physical addresses, re-mailing 177,075 Notices to updated addresses that were previously undelivered, and receiving to date 42,375 Claims, via electronic filing and through the mail. Notably, due to the scope and size of the Settlement Class, of the $982,265.60 in expenses

and fees currently invoiced for administration of the Settlement, $678,161.39 is allocated for postage.

5. Similarly, of the estimated future expenses, $62,348.13 is allocated for postage expenses for re-mailing notices which have not yet been invoiced, mailing deficiency notices to Settlement Class Members regarding their Claims, and the distribution of payments to individuals with valid Claims.

6. We have also sought to identify comparable cases that Kroll has administered, with similar class sizes and similar rates for the administrative fees per class member, that have been granted final approval by the court. Below are three examples, wherein the estimated cost per class member was comparable to that of this Settlement:

- *In re: Fred Hutchinson Cancer Center Data Breach Litigation,* No. 23-2-24266-1 SEA (Wash. Super. Ct. King Cty. May 20, 2025)

- *Kleeberg v. St. Joseph's/Candler Health System, Inc.,* No. STCV21-01638 (Ga. State Ct., Chatham Cty. May 21, 2025)

- *In* re *MCG Health Data Security Issue Litigation*, No. 2:22-CV-00849 (W.D. Wash. Oct. 9, 2024)

7. This administration incurred a higher than anticipated return of undeliverable Notices and therefore higher re-mailings of Notices. The administration also received higher than anticipated contact from Settlement Class Members via the automated call center, live operators, and contact through the website and mail.

**CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on November 10, 2025, in Washington, District of Columbia.

_/s/ Frank Ballard_
FRANK BALLARD