UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA SMITH on behalf of herself and all others similarly situated, <br> ELISA STROFFOLINO on behalf of herself and all others similarly situated, <br> JOEL KAMISHER, <br> DOTTIE NIKOLICH, <br> SABRINA MUNOZ, <br> HILARY FRENCH, <br> AMY CLARK, <br> REGINALD REESE, <br> SONYA ALBERT, <br> COLLEEN RICKARD, <br> KRISTINA ACCARDO, <br> ROGER WINSTANLEY, <br> BONNIE BENNETT, <br><br> Plaintiffs, <br><br> v. <br><br> APRIA HEALTHCARE LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:23-cv-01003-JPH-KMB |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court now enters **FINAL JUDGMENT** as to Plaintiffs' Class claims against Defendant Apria Healthcare, LLC.  The class-action settlement is granted final approval, and the claims in this matter are resolved pursuant to the Court's Order entered on this date approving the parties' Class Action Settlement Agreement and Release.  The action is **dismissed with prejudice.**

**SO ORDERED.**

Date: 11/17/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel.